UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| HAMP'S ENTERPRISES, L.L.C. | * | CIVIL ACTION NO.14-02501 |
|---|---|---|
| VERSUS | * | SECTION "E" |
| HEAVY MACHINES, INC., | * | JUDGE: SUSIE MORGAN |
| LIEBHERR MINING & CONSTRUCTION EQUIPMENT CO. | * | DIVISION "1" |
| * * * * * * * * | | MAGISTRATE: SALLY SHUSHAN |

**HAMP'S ENTERPRISES, L.L.C.'S**
***EX PARTE* CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Hamp's Enterprises, L.L.C. ("Hamp's"), which moves this Honorable Court for an order granting it leave to file its first amended complaint in the captioned matter. The proposed pleading is attached hereto as Exhibit "A."

Since the filing of its petition in Civil District Court for the Parish of Orleans, State of Louisiana, subsequently removed to this Court (Rec. Doc. 1), Hamp's has determined that additional facts exist that affect the claims herein, including the necessary addition of a new defendant. Therefore, Hamp's desires to amend its pleading herein.

Pursuant to the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Rule 7.6, Hamp's has contacted defendants, Heavy Machines, Inc. and Liebherr Mining & Construction Equipment, Inc, regarding the filing of Hamp's amended complaint, and neither party objects to the filing of Hamp's amended complaint.

WHEREFORE, Hamp's Enterprises, L.L.C. prays that this Court issue an order granting it leave to file its first amended complaint, attached as Exhibit "A."

Respectfully submitted,

/s/ Jessica R. Derenbecker
Lloyd N. Shields (La. Bar No. 12022)
Jeffrey K. Prattini (La. Bar No. 30679)
Jessica R. Derenbecker (La. Bar No. 32425)
SHIELDS | MOTT L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Telecopy: (504) 581-4440

Attorneys for plaintiff,
  Hamp's Enterprises, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by CM/ECF, this 18th day of March, 2015.

/s/ Jessica R. Derenbecker

34403-39\Pleadings\Motion for Leave.Amended Complaint.wpd

2