UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| HAMP'S ENTERPRISES, L.L.C. | * | CIVIL ACTION NO.14-02501 |
|---|---|---|
| VERSUS | * | SECTION "E" |
| HEAVY MACHINES, INC., | * | JUDGE: SUSIE MORGAN |
| LIEBHERR MINING & CONSTRUCTION EQUIPMENT CO. | * | DIVISION "1" |
| * * * * * * * * | | MAGISTRATE: SALLY SHUSHAN |

---

**HAMP'S ENTERPRISES, L.L.C.'S**
***EX PARTE* CONSENT MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT**

---

NOW INTO COURT, through undersigned counsel, comes plaintiff, Hamp's Enterprises, L.L.C. ("Hamp's"), which files this *ex parte* motion for leave to deposit funds as set forth below.

1.

Hamp's is currently seeking *ex parte* consent leave of Court to filed an amended complaint ("Amended Complaint") (Rec. Docs. 14 and 14-1) in the captioned matter against Deutsche Leasing USA, Inc. ("Deutsche") concerning, in part, a lease between Hamp's and Deutsche ("Lease") for certain equipment ("Equipment") to be used on a construction project on which Hamp's is performing work.

2.

Pursuant to the Lease, Hamp's currently pays Deutsche $8,837.45 every month, which represents the monthly rental payments under the Lease for use of the Equipment.

3.

In the Amended Complaint, Hamp's requests that the Lease be declared void and unenforceable because the Lease is an accessory obligation to another agreement to which Hamp's seeks rescission in this lawsuit.

4.

In conjunction with the filing of the Amended Complaint, Hamp's requests that it be allowed to deposit $8,837.45 with the Court, on or before the 1st day of each month during the pendency of the claims set forth in the Amended Complaint rather than make these payments directly to Deutsche.

5.

In the event that Hamp's prevails in nullifying the Lease, the monthly rental payments will be returned to Hamp's; in the event Hamp's does not prevail, the payments may be released to Deutsche or as the Court so orders.

6.

Rule 67 of the Federal Rules of Civil Procedure allows Hamp's to deposit the monthly rental payments under the Lease with the Clerk of Court.

7.

Hamp's has requested permission of the two current defendants, Heavy Machines, Inc. and Liebherr Mining & Construction Equipment, Inc., to file this motion and neither object to Hamp's request. Hamp's has not obtained permission of Deutsche because Deutsche is not yet a party to this lawsuit. Therefore, Hamp's requests that it be granted leave of Court to deposit $8,837.45 each month with the Clerk of Court during the pendency of the captioned matter.

WHEREFORE, Hamp's Enterprises, L.L.C. prays that its *ex parte* motion for leave is granted, and that Hamp's be permitted to deposit $8,837.45 per month, representing amounts potentially owed under the lease between Deutsch and Hamp's, with the Clerk of Court of the Eastern District of Louisiana during the pendency of the captioned matter.

Respectfully submitted,

/s/ Jessica R. Derenbecker
Lloyd N. Shields (La. Bar No. 12022)
Jeffrey K. Prattini (La. Bar No. 30679)
Jessica R. Derenbecker (La. Bar No. 32425)
SHIELDS | MOTT L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Telecopy: (504) 581-4440

Attorneys for plaintiff,
  Hamp's Enterprises, L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by CM/ECF, this 18th day of March, 2015.

/s/ Jessica R. Derenbecker

34403-39\Pleadings\Motion.Deposit Lease Payments.wpd