UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| HAMP'S ENTERPRISES, L.L.C. | * | CIVIL ACTION NO.14-02501 |
|---|---|---|
| VERSUS | * | SECTION "E" |
| HEAVY MACHINES, INC., | * | JUDGE: SUSIE MORGAN |
| LIEBHERR MINING & CONSTRUCTION EQUIPMENT CO. | * | DIVISION "1" |
| * * * * * * * * | | MAGISTRATE: SALLY SHUSHAN |

**ORDER**

Considering the foregoing *ex parte* consent motion for leave filed by Hamp's Enterprises, L.L.C.:

IT IS HEREBY ORDERED that the Motion is DENIED WITHOUT PREJUDICE. Hamp's Enterprises, L.L.C. may re-urge the motion after Deutsche Leasing USA, Inc. has been served with the amended complaint and a copy of the motion.

New Orleans, Louisiana this 20th day of March, 2015.

_____
JUDGE

34403-39\Pleadings\Order.Lease Payments.wpd