UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAMP'S ENTERPRISES, L.L.C. | * | CIVIL ACTION NO.14-02501 |
| VERSUS | * | SECTION "E" |
| HEAVY MACHINES, INC., LIEBHERR MINING & CONSTRUCTION EQUIPMENT CO. | * * | JUDGE: SUSIE MORGAN DIVISION "1" |
| * * * * * * * * | | MAGISTRATE: SALLY SHUSHAN |

## HAMP'S ENTERPRISES, L.L.C.'S
## AMENDED MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Hamp's Enterprises, L.L.C. ("Hamp's"), which files this amended motion for leave to deposit funds into court, as more fully set forth in the attached memorandum in support.

On March 20, 2015, the Court denied, without prejudice, Hamp's *ex parte* motion for leave to deposit funds into court. (Rec. Doc. 18). The Court indicated that Hamp's is allowed to re-file its motion once Deutsche Leasing USA, Inc. ("Deutsche") is served with the Amended Complaint and a copy of the motion. On March 31, 2015, Deutsche received Hamp's Amended Complaint, a draft of this motion, and the attached memorandum in support.[1] On April 2, 2015, Deutsche executed a waiver of service which has been filed inot the record of this Court. (Rec. Doc. 19). Therefore, Hamp's re-files its motion, as set forth in the attached memorandum in support.

---

[1] A copy of Hamp's correspondence to Deutsche enclosing the pleadings is attached as Exhibit "A."

WHEREFORE, Hamp's Enterprises, L.L.C. prays that its motion for leave is granted, and that Hamp's be permitted to deposit $8,837.45 per month, representing amounts potentially owed under the lease between Deutsch and Hamp's, with the Clerk of Court of the Eastern District of Louisiana during the pendency of the captioned matter.

Respectfully submitted,

 /s/ Jessica R. Derenbecker
Lloyd N. Shields (La. Bar No. 12022)
Jeffrey K. Prattini (La. Bar No. 30679)
Jessica R. Derenbecker (La. Bar No. 32425)
SHIELDS | MOTT L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Telecopy: (504) 581-4440

Attorneys for plaintiff,
  Hamp's Enterprises, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by CM/ECF and to Deutsche via U.S. mail, this 14th day of April, 2015.

 /s/ Jessica R. Derenbecker

34403-39\Pleadings\Amended Motion.Deposit Lease Payments.wpd

2