UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAMP'S ENTERPRISES, L.L.C. | * | CIVIL ACTION NO.14-02501 |
| VERSUS | * | SECTION "E" |
| HEAVY MACHINES, INC.,<br>LIEBHERR MINING & CONSTRUCTION<br>EQUIPMENT CO. | * | JUDGE: SUSIE MORGAN |
| | * | DIVISION "1" |
| *   *   *   *   *   *   *   * | * | MAGISTRATE:<br>SALLY SHUSHAN |

_____

**HAMP'S ENTERPRISES, L.L.C.'S MEMORANDUM IN SUPPORT OF
AMENDED MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT**

_____

MAY IT PLEASE THE COURT:

Hamp's Enterprises, L.L.C. ("Hamp's"), submits its memorandum in support of amended motion for leave to deposit funds as set forth below.

1.

On March 23, 2015, Hamp's sent, via certified mail, its request for waiver of service of the amended complaint ("Amended Complaint") (Rec. Doc 17) in the captioned matter to Deutsche Leasing USA, Inc. ("Deutsche").  Hamp's claims against Deutsche concern, in part, a lease between Hamp's and Deutsche ("Lease") for certain equipment  ("Equipment") to be used on a construction project on which Hamp's is performing work.

2.

Pursuant to the Lease, Hamp's currently pays Deutsche $8,837.45 every month, which represents the monthly rental payments under the Lease for use of the Equipment.

3.

In the Amended Complaint, Hamp's requests that the Lease be declared void and unenforceable because, under Louisiana law, the Lease is an accessory obligation to the Equipment's purchase agreement ("Purchase Agreement") between Deutsche and Heavy Machines, Inc. ("HMI").[1]  As lessee to the accessory contract, Hamp's is entitled to seek rescission of the Purchase Agreement due to the Equipment's redhibitory defects.[2]

4.

In conjunction with the filing of the Amended Complaint, Hamp's requests that it be allowed to deposit $8,837.45 with the Court, on or before the 1st day of each month during the pendency of the claims set forth in the Amended Complaint rather than make these payments directly to Deutsche.

5.

In the event that Hamp's prevails in nullifying the Lease, the monthly rental payments will be returned to Hamp's; in the event Hamp's does not prevail, the payments may be released to Deutsche or as the Court so orders.  Deutsche will not be prejudiced because, if Hamp's does not prevail, the monthly rental payments are secured by the Clerk of Court.

6.

Rule 67 of the Federal Rules of Civil Procedure allows Hamp's to deposit the monthly rental payments under the Lease with the Clerk of Court.

---

[1]        La. Civ. Code Art. 1913.

[2]        *Cf. Whitney Nat'l Bank v. Zewe*, 619 So. 2d 729, 732 (La. Ct. App. 4th Cir. 1993); *Le Beau v. Glaze*, 8 La. Ann. 474 (1852).

7.

Hamp's has requested consent of all defendants in the captioned matter to file this motion. HMI and Liebherr Mining & Construction Equipment, Inc. do not  object to Hamp's request. Deutsche objects to Hamp's motion.

8.

Hamp's requests that it be granted leave of Court to deposit $8,837.45 each month with the Clerk of Court during the pendency of the captioned matter.

WHEREFORE, Hamp's Enterprises, L.L.C. prays that its *ex parte* motion for leave is granted, and that Hamp's be permitted to deposit $8,837.45 per month, representing amounts potentially owed under the lease between Deutsch and Hamp's, with the Clerk of Court of the Eastern District of Louisiana during the pendency of the captioned matter.

Respectfully submitted,

 /s/ Jessica R. Derenbecker
Lloyd N. Shields (La. Bar No. 12022)
Jeffrey K. Prattini (La. Bar No. 30679)
Jessica R. Derenbecker (La. Bar No. 32425)
SHIELDS | MOTT L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Telecopy: (504) 581-4440

Attorneys for plaintiff,
   Hamp's Enterprises, L.L.C.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by CM/ECF and to Deutsche via U.S. Mail, this 14th day of April, 2015.

/s/ Jessica R. Derenbecker

34403-39\Pleadings\HMI Fed Suit\Memo in Support.Amended Motion to Deposit.wpd