UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAMP'S ENTERPRISES, L.L.C. | * | CIVIL ACTION NO.14-02501 |
| VERSUS | * | SECTION "E" |
| HEAVY MACHINES, INC., | * | JUDGE: SUSIE MORGAN |
| LIEBHERR MINING & CONSTRUCTION EQUIPMENT CO. | * | DIVISION "1" |
| *   *   *   *   *   *   *   * | | MAGISTRATE: SALLY SHUSHAN |

_____

**HAMP'S ENTERPRISES, L.L.C.'S MEMORANDUM IN OPPOSITION TO DEUTSCHE LEASING USA, INC.'S *EX PARTE* MOTION TO CONTINUE HEARINGS AND MOTION FOR EXTENSION OF TIME**
_____

MAY IT PLEASE THE COURT:

Hamp's Enterprises, L.L.C. ("Hamp's"), submits its opposition memorandum to Deutsche Leasing USA, Inc.'s ("Deutsche") *ex parte* motion for extension of time to respond to and for continuance of hearing on Hamp's amended motion for leave to deposit funds into Court (Rec. Doc. 29), as set forth below.

Deutsche is requesting a continuance of the submission date on Hamp's amended motion for leave to deposit funds into Court, currently set on May 6, 2015. Hamp's motion at issue requests that Hamp's be granted leave from the Court to deposit certain monthly payments with the Clerk of Court during the pendency of this litigation. Hamp's motion does not address the merits of its claims against Deutsche. Therefore, Deutsche may respond to Hamp's motion before Deutsche is required to address the merits of Hamp's complaint through responsive pleadings. Despite Deutsche's allegation, Deutsche will not be prejudiced if a continuance is not granted

because the lease payments at issue will be deposited with the Clerk of Court during the pendency of this litigation. Allowing Hamp's to make these payments directly to the Clerk of Court will not affect the merits of the parties' claims.

Deutsche's request for continuance/extension is solely to further delay this matter and require Hamp's to continue to make payments for the faulty equipment at issue. Deutsche's counsel left undersigned counsel a voicemail message on April 21, 2015 requesting Hamp's consent to its motion, but before Hamp's could respond to Deutsche's request, Deutsche filed its motion. Hamp's does not consent to Deutsche's request, for the reasons set forth above.

Hamp's requests that Deutsche's motion be denied.

Respectfully submitted,

 /s/ Jessica R. Derenbecker
Lloyd N. Shields (La. Bar No. 12022)
Jeffrey K. Prattini (La. Bar No. 30679)
Jessica R. Derenbecker (La. Bar No. 32425)
SHIELDS | MOTT L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Telecopy: (504) 581-4440

Attorneys for plaintiff,
 Hamp's Enterprises, L.L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by CM/ECF, this 21st day of April, 2015.

/s/ Jessica R. Derenbecker

34403-39\Pleadings\HMI Fed Suit\Opposition.Motion for Extension.wpd