## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAMP'S ENTERPRISES, L.L.C. | * | CASE NO. 14-02501 |
| | * | |
| VERSUS | * | JUDGE SUSIE MORGAN |
| | * | |
| HEAVY MACHINES, INC., | * | SECTION "E" |
| LIEBHERR MINING & CONSTRUCTION | * | |
| EQUIPMENT CO. | * | DIVISION "1" |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Deutsche Leasing USA, Inc.'s Ex Parte Motion For Extension Of Time To Respond to And For Continuance Of Hearing On Hamp's Enterprises, L.L.C.'s Amended Motion For Leave To Deposit Funds Into Court (the "Motion");

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the submission date for Hamp's Motion is **CONTINUED** to June 3, 2015.

New Orleans, Louisiana this 22nd day of April, 2015.

_____
**JUDGE SUSIE MORGAN**

4851-3996-5731, v. 1